In the Matter of the Claim of Louis J. Del Sole, Sr., Respondent, v. Sandy Hill Iron & Brass Works et al., Appellants, and Special Disability Fund, Respondent. Workmen's Compensation Board, Respondent.— Staley, Jr., J.

Herlihy, J. P., Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.